IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| HAJRA SABLJAKOVIC, | ) |
| Plaintiff, | ) No. 16 cv 2010 EJM |
| vs. | ) ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Before the court is plaintiff's unresisted Amended Motion for Attorney Fees, filed November 7, 2016. Granted.

On August 5, 2016, the court entered judgment for plaintiff, reversing and remanding the case back to the Commissioner. The motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d), is in order.

Plaintiff seeks $6,221.75, representing 38.4 hours of attorney work. This is reasonable.

It is therefore

ORDERED

Granted. Plaintiff is awarded attorney fees of $6221.75, pursuant to 28 U.S.C. § 2412(d), to be made payable directly to the plaintiff by the Social Security Administration.

November 9, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT